UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PETER KAROFTIS,

    Plaintiff,

v.                                              Case No: 8:15-cv-1619-T-36MAP

PENN CREDIT CORPORATION,

    Defendant.
_____/

**ORDER**

    This matter comes before the Court *sua sponte*. On December 22, 2015, the Court entered an Order to Show Cause directing Plaintiff to show cause by a written response filed on or before December 29, 2015, indicating why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report (Doc. 12). To date, Plaintiff has not filed a response to the Order To Show Cause or a Case Management Report. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1)    This cause is dismissed for lack of prosecution.

    2)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on December 31, 2015.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record